Alexander *v*. The Board of Commissioners of Monroe County.

Filed May 21, 1885.

No. 11,574.

ALEXANDER *v*. THE BOARD OF COMMISSIONERS OF MONROE COUNTY.

From the Monroe Circuit Court.

*J. W. Buskirk* and *H. C. Duncan*, for appellant.

*J. H. Louden, R. W. Miers, A. G. Cavins, E. H. C. Cavins, W. L. Cavins* and *H. H. Friedley*, for appellee.

FRANKLIN, C.—Without stating anything about the issues and rulings of the court in this case, it is sufficient to say that the precise question presented in this case was decided adversely to appellant in the case of *Bynum* v. *Board, etc.*, 100 Ind. 90. Upon the authority of that case, the judgment in this case must be affirmed.

PER CURIAM.—It is therefore ordered that the judgment be and it is affirmed with costs.

Filed Jan. 29, 1885; petition for a rehearing overruled April 2, 1885.